UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
2012 SEP 26 A 10:43
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DEBORAH SMITH, ADMINISTRATRIX
OF THE ESTATE OF LOGAN SMITH;
DEBORAH SMITH, INDIVIDUALLY,
AND AMBROSE SMITH

vs.   Civil Action No. 11-00063-ML-DLM

OSCAR HERRARA, R.N.;
ASHLEY BROPHY, C.N.A.; AND
RHODE ISLAND HOSPITAL

## DISMISSAL STIPULATION

It is hereby stipulated and agreed to by and between the parties that the above-captioned matter may be dismissed, with prejudice, no interest, no costs.

_____
Joseph G. Abromovitz, Esq.
858 Washington Street, Suite 205
Dedham, MA 02026
*Counsel for Plaintiffs*

_____
Mark P. Dolan, Esq.
Rice Dolan & Kershaw
72 Pine Street, Ste. 300
Providence, RI 02903
*Counsel for Defendants*

Dated: August 3, 2012